IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACUITY INSURANCE, | CV 22-54-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM J. QUAST; KATHRYN C. QUAST; JOANNE M. HANSON; LOIS A. SMITH; ANGIE A. BERA, | |
| Defendants. | |

The Parties in the above captioned matter have filed a Joint Motion to Vacate Deadlines. (Doc. 23). Accordingly,

IT IS ORDERED that the deadlines set forth in this Court's Order dated March 16, 2022 (Doc. 5) are hereby VACATED.

IT IS FURTHER ORDERED that a telephonic status conference is set for August 17, 2022, at 1:30 p.m.

DATED this 8th day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge