IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACUITY INSURANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM J. QUAST, KATHRYN C. QUAST, JOANNE M. HANSON, LOIS A. SMITH and ANGIE A. BERA,<br><br>    Defendants. | CV 22–54–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to Disburse Funds from the sum deposited with the Court's Investment Registry System ("CRIS") account with United States District Court for the District of Montana, Missoula Division. (Doc. 30.)

The Court, having received Plaintiff Acuity Insurance's deposit of the remaining proceeds of Acuity Policy No. VA0MU5-5 ("interpleader funds") in the amount of Two Million, Four-Hundred-Seventy-Five Thousand, Six-Hundred-Fifty-Three Dollars and Eleven Cents ($2,475,653.11), hereby acknowledges the Defendants agreements and waivers as follows:

1. Defendant William Quast has consented and agreed to waive any right to disbursement of the interplead funds and has waived his right to any

1

interest accrued on the interplead funds.

2. Defendant Kathryn C. Quast has consented and agreed to a settlement of a sum-certain amount from the interplead funds and has waived her right to any interest accrued on the interplead funds.

3. Defendant Joanne M. Hanson has consented and agreed to a settlement of a sum-certain among from the interplead funds and has waived her right to any interest accrued on the interplead funds.

4. Defendant Lois A. Smith has consented and agreed to a settlement of a sum-certain amount from the interplead funds and has waived her right to any interest accrued on the interplead funds.

5. Defendant Angie Bera has agreed to a settlement of a sum-certain amount from the interplead funds and will receive the entirety of any interest accrued on the interplead funds.

In accordance with the consent and waivers noted above, the Court authorizes the disbursement of the interpleader funds, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, as follows:

1. $7,500.00 shall be disbursed and sent from the CRIS account to Lois Ann Smith, a natural person residing at 1761 Conn Road, Columbia Falls,

County of Flathead, in the State of Montana, zip code 59912;

2. $33,591.36 shall be disbursed and sent from the CRIS account, to the IOLTA trust account of Milodragovich, Dale & Steinbrenner, P.C. to be held in trust for Defendant Kathryn C. Quast and for purposes of satisfying Ms. Quast's Medicare lien and Ms. Quast's lien with Benefis Health System;

3. $23,500.00 shall be disbursed and sent from the CRIS account to Joanne M. Hanson, a natural person residing at 10510 Thistledown Drive, in the City of Richmond, in the State of Virginia, zip code 23233-2628;

4. The remaining funds in the interpleader account, including all interest accrued shall be disbursed and sent to the IOLTA trust account of Hoyt & Blewett, PLLC, to be held in trust for Defendant Angie A. Bera;

Accordingly, IT IS ORDERED that (Doc. 30) is GRANTED in full.

IT IS FURTHER ORDERED that before the funds are disbursed in accordance with this Order, the parties must provide to the Court, under seal, the addresses for the IOLTA accounts/law firms and individuals mentioned above. The parties must also provide to the Court, under seal, a tax identification number for each payee mentioned above or the tax identification number of the trust account where funds will be disbursed.

IT IS FURTHER ORDERED that Defendant's Notice and Request for

Status Conference (Doc. 31) is DENIED.

DATED this 7th day of October, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court