IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ACUITY INSURANCE,<br><br>          Plaintiff,<br><br>vs.<br><br>WILLIAM J. QUAST; KATHRYN C. QUAST; JOANNE M. HANSON; LOIS A. SMITH; ANGIE A. BERA,<br><br>          Defendants. | CV 22–54–M–DLC<br><br><br>ORDER |

Pursuant to the Plaintiff's Unopposed Motion for Dismissal with Prejudice (Doc. 35),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the Parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 25th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court